*Daniels, J*

**08 CIV 5825**

WILENTZ, GOLDMAN & SPITZER P.A.
Attorneys at Law
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
(732) 636-8000
Attorneys for Plaintiff
Mira International Foods Inc.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 27 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
:
MIRA INTERNATIONAL FOODS INC.,  :
:
Plaintiff,   :            Civil Action
:
v.                :     **ORDER TO SHOW CAUSE**
:     **FOR PRELIMINARY INJUNCTION**
NILE COMPANY FOR FOOD        :     **AND TEMPORARY**
INDUSTRIES,                  :     **RESTRAINING ORDER**
:
Defendant.   :
:
------------------------------------------------X

Upon the affidavits of MARK R. AWADALLA and JOSEPH AWADALLA, sworn to the 26th day of June, 2008, and upon the copy of the verified complaint hereto annexed, it is

**ORDERED**, that the above named defendant show cause before a motion term of this Court at Room **15 D**, United States Courthouse, 500 Pearl Street in the City, County and State of New York, on **July 8**, 2008 at **10:30** o'clock in the **a. m.** noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued

#3056988

pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the pendency of this action from:

1. Terminating the International Distributorship Agreement between Plaintiff Mira Foods International Inc. and Defendant Nile for Food Companies;

2. Selling products for distribution in North America, Angola, and the Democratic Republic of Congo (formerly Zaire) to entities other than Mira Foods;

3. Soliciting others in North America, Angola, and the Democratic Republic of Congo (formerly Zaire) to distribute products it manufactures;

4. Increasing prices it charges to Mira Foods pending resolution of this dispute.

**ORDERED** that, sufficient reason having been shown therefore, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendant is temporarily restrained and enjoined from: terminating the International Distributorship Agreement between Plaintiff Mira Foods International Inc. and Defendant Nile for Food Companies; ORDERED THAT SECURITY IN THE AMT OF $10,000 BE POSTED BY July 1, 2008

**ORDERED** that personal service of a copy of this order and annexed affidavit upon the defendant or its counsel on or before 4 o'clock in the afternoon, Monday June 30, 2008, shall be deemed good and sufficient service thereof.

-2-

DATED: June _____, 2008
       New York, New York

ISSUED: _____JUN 2 7 2008_____ M

                                                         _____
                                                HON. GEORGE B. DANIELS    U.S.D.J.