Willard C. Shih
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095
Telephone: (732) 636-8000
Facsimile: (732) 855-6117
Attorneys for Plaintiff
Mira International Foods Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRA INTERNATIONAL FOODS INC., <br><br> Plaintiff, <br> vs. <br><br> NILE COMPANY FOR FOOD INDUSTRIES, <br><br> Defendant. | Civil No. 1:08-cv-5825 <br><br> **DECLARATION OF WILLARD C. SHIH** |

I, Willard C. Shih, of full age, under penalty of perjury, declare as follows:

1. I am a shareholder with the law firm of Wilentz Goldman & Spitzer, counsel for Plaintiff Mira International Foods Inc. in the above-captioned matter. I submit this Declaration to establish service on the Defendant.

2. Attached to this Declaration is a true and correct copy of an unsigned Affidavit of Service that Guaranteed Subpoena Service prepared and forwarded to this law evidencing service upon Defendant.

#3058681                                                        1

3. I am submitting the Affidavit of Service unsigned because the Order to Show Cause signed by the Court required service to be accomplished by 4 p.m. today.

4. I am advised that the Affidavit of Service will be signed when the process server returns from all her assignments today. I will submit a signed Affidavit of Service as soon as I receive it from Guaranteed Subpoena Service.

5. In addition, I have provided a copy of all documents to Defendant's counsel, Khaled (Jim) El Nabli, who has since responded that he has not been retained to represent Defendant in this matter even though my client has provided me with an e-mail written by Defendant advising that all "questions or concerns" should be directed to Mr. El Nabli.

## DECLARATION

I hereby declare under penalty of perjury that the foregoing statements are true and correct pursuant to 28 U.S.C. §1746.

_____
WILLARD C. SHIH

Dated:   June 30, 2008

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: VERIFIED COMPLAINT, BRIEF, EXHIBITS, ORDER TO SHOW CAUSE, DECLARATIONS | |
| EFFECTED (1) BY ME: MALGORZATA SLADEK | |
| TITLE: PROCESS SERVER | DATE: 06/30/2008  11:41AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

NILE COMPANY FOR FOOD INDUSTRIES

Place where served:

JACOB K. JAVITS CENTER   NEW YORK NY 100##

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

WALEED EL-SHERBINI

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: M   AGE: 51-65   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: MOUSTACHE

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____.___     SERVICES $ _____.___     TOTAL $ _____.___

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: ____ / ____ / 20____

_____ L.S.
SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   WILLARD C. SHIH, ESQ.
PLAINTIFF:   MIRA INTERNATIONAL FOODS INC.
DEFENDANT:  NILE COMPAMY
VENUE:      DISTRICT SDNY
DOCKET:     08 CIV 5825

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.