| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: | **VERIFIED COMPLAINT, BRIEF , EXHIBITS, ORDER TO SHOW CAUSE, DECLARATIONS** |
| EFFECTED (1) BY ME: | **MALGORZATA SLADEK** |
| TITLE: | **PROCESS SERVER**   DATE: **06/30/2008  11:41AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

NILE COMPANY FOR FOOD INDUSTRIES

Place where served:

JACOB K. JAVITS CENTER  NEW YORK NY 100##

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

WALEED EL-SHERBINI

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: M__ AGE: 51-65__ HEIGHT: 5'9"-6'0"___ WEIGHT: 161-200 LBS.___ SKIN: WHITE___ HAIR: GRAY___ OTHER: MOUSTACHE, BEARD

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___     SERVICES $ _____.___     TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 06 /30 /2008

SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

06-30-08

JANICE SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

| ATTORNEY: | WILLARD C. SHIH, ESQ. |
|---|---|
| PLAINTIFF: | MIRA INTERNATIONAL FOODS INC. |
| DEFENDANT: | NILE COMPAMY |
| VENUE: | DISTRICT SDNY |
| DOCKET: | 08 CIV 5825 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

HW