UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRA INTERNATIONAL FOODS INC.,

    Plaintiff,

vs.

NILE COMPANY FOR FOOD INDUSTRIES,

    Defendant.

08 Civ 5825 (GBD)

## Corporate Disclosure Statement

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Nile Company for Food Industries, states that it is an Egyptian company that has neither a parent corporation nor any publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
July 14, 2008

NABLI & ASSOCIATES, P.C.
Attorneys for Defendant,
NILE COMPANY FOR FOOD INDUSTRIES

By: _____
Khaled (Jim) El Nabli, Esq.