UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIRA INTERNATIONAL FOODS INC.,

        Plaintiff,

vs.

NILE COMPANY FOR FOOD INDUSTRIES,

        Defendant.

08 Civ 5825 (GBD)

**AFFIRMATION OF SERVICE**

---

    Alan J. Harris, Esq., an attorney duly licensed and admitted to practice law before the courts of the State of New York, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside in the state of New York.

2. On the 7th Day of July, 2008, I served upon the following person via Email and First Class Mail a true and complete copy of Waleed El Sherbini Declaration by leaving same in the exclusive custody of the United States Postal Service.

        Willard C. Shih, Esq.
        Wilentz, Goldman & Spitzer
        90 Woodbridge Center Drive
        Suite 900, Box 10
        Woodbridge, NJ 07095
        Tel: (732) 636-8000
        Attorney for Plaintiff

_____
Alan J. Harris, Esq.