UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRA INTERNATIONAL FOODS INC., <br><br> Plaintiff, <br><br> vs. <br><br> NILE COMPANY FOR FOOD INDUSTRIES, <br><br> Defendant. | 08 Civ 5825 (GBD) <br><br> AFFIRMATION OF SERVICE |

    Alan J. Harris, Esq., an attorney duly licensed and admitted to practice law before the courts of the State of New York, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside in the state of New York.

2. On the 7th Day of July, 2008, I served upon the following person via Email and First Class Mail a true and complete copy of Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for a Preliminary Injunction by leaving same in the exclusive custody of the United States Postal Service.

        Willard C. Shih, Esq.
        Wilentz, Goldman & Spitzer
        90 Woodbridge Center Drive
        Suite 900, Box 10
        Woodbridge, NJ 07095
        Tel: (732) 636-8000
        Attorney for Plaintiff

                                                      Alan J. Harris, Esq.